# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGEBRUSH LLC dba THE EDGE TREATMENT CENTER, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, a California Corporation, and DOES 1-20 inclusive,<br><br>Defendant. | Case No. 8:23-cv-01894-CJC-KES<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Case Removed: October 6, 2023 |

Before this Court is the Stipulation of Plaintiff Sagebrush LLC dba The Edge Treatment Center ("Plaintiff") and Defendants Blue Shield of California Life and Health Insurance Company and California Physicians' Service dba Blue Shield of California (collectively, "Blue Shield") (parties collectively referred to as the "Parties") to remand this case to Orange County Superior Court. Having reviewed the Stipulation, and good cause shown, the Court GRANTS the stipulation.

This case is remanded to Orange County Superior Court, Case No. 30-2023-01339797-CU-BC-CJC.

**IT IS SO ORDERED.**

Dated: November 3, 2023

Hon. Cormac J. Carney
United States District Judge